[Crim. No. 2566. Second Appellate District, Division One.—April 29, 1935.]

THE PEOPLE, Respondent, v. CHARLES H. JOHNSTON et al., Appellants.

Erwin P. Werner, Paul Friedman and McGee & Robnett for Appellants.

U. S. Webb, Attorney-General, and Frank Richards, Deputy Attorney-General, for Respondent.

THE COURT.— The same issues of law presented in these appeals were presented to and have been determined by the Supreme Court in *In re Johnston,* 3 Cal. (2d) 32 [43 Pac. (2d) 541]. On the authority of that decision, the judgments herein are reversed, and the orders denying the motions of defendants for a new trial are reversed.